

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-446-JCM-(GWF) |
| DAVID REITER, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE**

On July 15, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1) and (b)(1) and Title 28, United States Code, Section 2461(c); and Title 31, United States Code, Section 5317(c)(1)(B) based upon the plea of guilty by defendant DAVID REITER to the criminal offenses, striking the criminal forfeiture money judgments set forth in the Forfeiture Allegations of the Indictment and forfeiting the specific property set forth in the Forfeiture Allegations of the Indictment that was shown by the United States to have the requisite nexus to the offenses to which defendant DAVID REITER pled guilty. Indictment, ECF No. 1; Change of Plea, ECF No. 23; Preliminary Order of Forfeiture, ECF No. 24.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

. . .

from July 18, 2014, through August 16, 2014, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 26.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1) and (b) and Title 28, United States Code, Section 2461(c); Title 31, United States Code, Section 5317(c)(1)(B); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. $5,000.00 in United States Currency;
2. Thirty thousand (30,000) shares of Waxless Surfboard Systems, Inc.;
3. $1,424.00 in United States Currency;
4. an *in personam* money judgment in the amount of $358,756.00; and
5. an *in personam* money judgment in the amount of $234,179.00.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

. . .

. . .

1    The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2    certified copies to the United States Attorney's Office.
3    DATED this 9th day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE